UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CRIMINAL ACTION NO. 03-5-HRW

UNITED STATES OF AMERICA,                                      PLAINTIFF,

V.                                <u>ORDER</u>

CHRISTOPHER CREMEANS,                                      DEFENDANT.

This matter is before the Court upon the Petition of the United States Probation Office alleging violations of supervised release. [Record No. 84]  By Order dated March 3, 2006, the Court referred said motion to United States Magistrate Judge J. Gregory Wehrman for evidentiary hearing. [Record No. 86].  The Magistrate Judge has since issued a report and recommendation that the Defendant be found to have violated the terms of his supervised release.  The Magistrate Judge further recommended that the Defendant be sentenced to the custody of the Attorney General for a period of six months with no supervised release to follow and that the sentence be served at a federal correctional institute closest to Defendant's home. [Record No. 91].

The parties did not file objections to the report and recommendation and the time for doing so has now passed.  After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.   Because no objections were filed, the Defendant has waived his right to further appeal.  *Thomas v. Arn*, 728 F. 2d 813, 814 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's report and recommendation [Record No. 91] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) that in conformity therewith, the Court finds the Defendant to be in violation of the terms of his supervised release; and

(3) That the Defendant be sentenced to the custody of the Attorney General for a period of **SIX MONTHS** with no supervised release to follow and that the sentence be served at a federal correctional institute closest to Defendant's home

This March 23, 2006.

Signed By:
Henry R Wilhoit Jr.
United States District Judge